1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: January 23, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for January 23, 2013, be continued to January 30, 2013, due to the unavailability of United States' counsel.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///
///
///

1   Stipulation and Order to Continue Hearing Date

1  hereby stipulate that the hearing on the Motion for Return of Property be continued
2  from January 23, 2013, to January 30, 2013, before Magistrate Judge Edmund F.
3  Brennan.

5  Dated: 1/8/13                    BENJAMIN B. WAGNER
                                    United States Attorney

7                                   By: /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
8                                   Assistant U.S. Attorney

10 Dated: 1/7/13                    /s/ David M. Michael
                                    DAVID M. MICHAEL
11                                  Attorney for Plaintiffs Nicholas Jason Street,
                                    Nancy Sopeany Pheng Street, and SANSCO
12                                  (Authorized by email)

**IT IS SO ORDERED.**

DATED: January 9, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 Dad1.crim
   limewood0303.stipord.cont.wpd

                                2   Stipulation and Order to Continue Hearing Date