BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: January 30, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

    The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for January 30, 2013, be continued to March 6, 2013, due to ongoing settlement discussions.

    WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

///

1    Stipulation and Order to Continue Hearing Date

1  hereby stipulate that the hearing on the Motion for Return of Property be continued
2  from January 30, 2013 to March 6, 2013, at 2:00 p.m., before Magistrate Judge Carolyn
3  K. Delaney.
4
5  Dated: 1/11/13                    BENJAMIN B. WAGNER
                                     United States Attorney
6
7                                    By: /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
8                                    Assistant U.S. Attorney
9
10 Dated: 1/11/13                     /s/ David M. Michael
                                     DAVID M. MICHAEL
11                                   Attorney for Plaintiffs Nicholas Jason Street,
                                     Nancy Sopeany Pheng Street, and SANSCO
12                                   (Authorized by phone)
13
14
   **IT IS SO ORDERED.**
15
   DATED: January 14, 2013.
16
17
                                     _____
18                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
19
20 dad1.crim
   $60K0320.stipord.cont-2.wpd
21
22
23
24
25
26
27
28

                              2     Stipulation and Order to Continue Hearing Date