1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11
   NICHOLAS JASON STREET,          )  2:12-SW-00303-DAD
12 NANCY SOPEANY PHENG STREET,)
   AND SANSCO DBA EL CAMINO        )  [and related case 2:12-SW-00320-DAD]
13 WELLNESS CENTER, A              )
   CALIFORNIA CORPORATION,         )
14                                 )  STIPULATION AND ORDER TO
                Plaintiffs,        )  CONTINUE HEARING DATE FOR
15                                 )  MOTION FOR RETURN OF PROPERTY
      v.                           )
16                                 )
   UNITED STATES OF AMERICA,       )  Date: March 6, 2013
17                                 )  Time: 2:00 p.m.
                Defendant.         )  Courtroom: 27, 8th Floor
18 _____)

19

20        The United States of America and Nicholas Street, Nancy Sopeany Pheng

21 Street, and SANSCO dba El Camino Wellness Center, through their respective

22 counsel, hereby stipulate, and respectfully request that the Court so order, that the

23 hearing on the Motion for Return of Property, currently set for March 6, 2013, be

24 continued to April 10, 2013, due to ongoing settlement discussions.

25        WHEREFORE, based on the foregoing, and for good cause shown, the parties

26 ///

27 ///

28 ///

                                        1     Stipulation and Order to Continue Hearing Date

1 | hereby stipulate that the hearing on the Motion for Return of Property be continued

2 | from March 6, 2013 to April 10, 2013.

3

4 | Dated: 2/8/13          BENJAMIN B. WAGNER
                           United States Attorney

5

6 |                       By: /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN

7 |                        Assistant U.S. Attorney

8

9 | Dated: 2/8/13          /s/ David M. Michael
                           DAVID M. MICHAEL

10 |                       Attorney for Plaintiffs Nicholas Jason Street,
                           Nancy Sopeany Pheng Street, and SANSCO

11 |                       (Authorized by email)

12

13

    **IT IS SO ORDERED.**

14

15 | Dated: 2/11/2013

16

17

18

19 | KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

       2    Stipulation and Order to Continue Hearing Date