1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: April 10, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

　　　The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for April 10, 2013, be continued to May 15, 2013, due to ongoing settlement discussions.

　　　WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

///

1　　Stipulation and Order to Continue Hearing Date

1 | hereby stipulate that the hearing on the Motion for Return of Property be continued
2 | from April 10, 2013 to May 15, 2013.

4 | Dated: 3/21/13                              BENJAMIN B. WAGNER
                                                United States Attorney

6 |                                             By: /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

9 | Dated: 3/21/13                               /s/ David M. Michael
                                                DAVID M. MICHAEL
                                                Attorney for Plaintiffs Nicholas Jason Street,
                                                Nancy Sopeany Pheng Street, and SANSCO
                                                (Authorized by email)

**IT IS SO ORDERED.**

Dated: March 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE