1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
11
   UNITED STATES OF AMERICA,        )   2:12-SW-00320-DAD
12                                  )
              Plaintiffs,           )
13                                  )
        v.                          )
                                    )   STIPULATION AND ORDER TO
14 $60,000.00 IN U.S. CURRENCY,     )   CONTINUE HEARING DATE FOR
                                    )   MOTION FOR RETURN OF PROPERTY
15            Defendant,            )
                                    )
16 NICHOLAS JASON STREET,           )
   NANCY SOPEANY PHENG STREET,      )
17 AND SANSCO DBA EL CAMINO         )   Date: June 19, 2013
   WELLNESS CENTER, A               )   Time: 2:00 p.m.
18 CALIFORNIA CORPORATION,          )   Courtroom: 24, 8th Floor
                                    )
19            Claimants.            )
                                    )
20

21      The United States of America and Nicholas Street, Nancy Sopeany Pheng

22 Street, and SANSCO dba El Camino Wellness Center, through their respective

23 counsel, hereby stipulate, and respectfully request that the Court so order, that the

24 hearing on the Motion for Return of Property, currently set for June 19, 2013, be

25 continued to August 8, 2013, due to ongoing settlement discussions.

26      WHEREFORE, based on the foregoing, and for good cause shown, the parties

27 ///

28 ///

                                1    Stipulation and Order to Continue Hearing Date

hereby stipulate that the hearing on the Motion for Return of Property be continued from June 19, 2013 to August 8, 2013, before Magistrate Judge Allison Claire.

Dated: 6/3/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/3/13

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street,
Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

DATED: June 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
$60K0320.stipor.cont-3.wpd