1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-SW-00320-DAD |
|---|---|
| Plaintiffs, | ) |
| v. | ) STIPULATION AND ORDER TO |
| $60,000.00 IN U.S. CURRENCY, | ) CONTINUE HEARING DATE FOR |
|  | ) MOTION FOR RETURN OF PROPERTY |
| Defendant, | ) |
| NICHOLAS JASON STREET, | ) |
| NANCY SOPEANY PHENG STREET, | ) |
| AND SANSCO DBA EL CAMINO | ) Date: August 8, 2013 |
| WELLNESS CENTER, A | ) Time: 2:00 p.m. |
| CALIFORNIA CORPORATION, | ) Courtroom: 26, 8th Floor |
| Claimants. | ) |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for August 8, 2013, be continued to September 19, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

1   Stipulation and Order to Continue Hearing Date

1  hereby stipulate that the hearing on the Motion for Return of Property be continued
2  from August 8, 2013 to September 19, 2013.

4  Dated: 7/22/13         BENJAMIN B. WAGNER
                          United States Attorney

6                         By: /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
7                         Assistant U.S. Attorney

9  Dated: 7/19/13         /s/ David M. Michael
                          DAVID M. MICHAEL
10                        Attorney for Plaintiffs Nicholas Jason Street,
                          Nancy Sopeany Pheng Street, and SANSCO

                          (Authorized by email)

**IT IS SO ORDERED.**

15  Dated: July 22, 2013

                          _____
                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE