1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00320-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| $60,000.00 IN U.S. CURRENCY, | DATE: OCTOBER 17, 2013 |
| Defendant, | TIME: 2:00 P.M. COURTROOM: 25, 8TH FLOOR |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for October 17, 2013, be continued to November 14, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

1  parties hereby stipulate that the hearing on the Motion for Return of Property be
2  continued from October 17, 2013 to November 14, 2013.

4  Dated: 9/30/13                          BENJAMIN B. WAGNER
                                           United States Attorney

6                                          By: /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
7                                          Assistant U.S. Attorney

9  Dated: 9/27/13                          /s/ David M. Michael
                                           DAVID M. MICHAEL
10                                         Attorney for Plaintiffs Nicholas Jason Street,
                                           Nancy Sopeany Pheng Street, and SANSCO

                                           (Authorized by email)

13    **IT IS SO ORDERED.**

14  Dated:  October 1, 2013
                                           _____
15                                         CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE