BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$60,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant,<br><br>NICHOLAS JASON STREET,<br>NANCY SOPEANY PHENG STREET,<br>AND SANSCO DBA EL CAMINO<br>WELLNESS CENTER, A<br>CALIFORNIA CORPORATION,<br><br>　　　　　Claimants. | 2:12-SW-00320-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>DATE: NOVEMBER 14, 2013<br>TIME: 2:00 P.M.<br>COURTROOM: 25, 8TH FLOOR |

　　　The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for November 14, 2013, to be continued to November 25, 2013, due to ongoing settlement discussions.

　　　　　WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1  parties hereby stipulate that the hearing on the Motion for Return of Property be
2  continued from November 14, 2013 to November 25, 2013 at 2:00 p.m.

4  Dated: 10/28/13                    BENJAMIN B. WAGNER
                                      United States Attorney

6                                     By: /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
7                                     Assistant U.S. Attorney

9  Dated: 10/28/13                    /s/ David M. Michael
                                      DAVID M. MICHAEL
10                                    Attorney for Plaintiffs Nicholas Jason Street,
                                      Nancy Sopeany Pheng Street, and SANSCO

                                      (Authorized by email)

13      **IT IS SO ORDERED.**

14  Dated:  October 30, 2013

                                      _____
                                      DALE A. DROZD
16  Dad1.crim                         UNITED STATES MAGISTRATE JUDGE
17  12sw320.street.stip.eot

2

Stipulation and Order to Continue Hearing Date