1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:12-SW-00320-DAD

12              Plaintiff,             STIPULATION AND ORDER TO
                                       CONTINUE HEARING DATE FOR
13       v.                            MOTION FOR RETURN OF PROPERTY

14  $60,000.00 IN U.S. CURRENCY,
                                       DATE: NOVEMBER 25, 2013
15              Defendant,             TIME: 2:00 P.M.
                                       COURTROOM: 27, 8TH FLOOR
16  NICHOLAS JASON STREET,
    NANCY SOPEANY PHENG STREET,
17  AND SANSCO DBA EL CAMINO
    WELLNESS CENTER, A
18  CALIFORNIA CORPORATION,

19              Claimants.

20

21        The United States of America and Nicholas Street, Nancy Sopeany Pheng Street,

22  and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby

23  stipulate, and respectfully request that the Court so order, that the hearing on the Motion

24  for Return of Property, currently set for November 25, 2013, be continued to December 16,

25  2013, due to ongoing settlement discussions.

26             WHEREFORE, based on the foregoing, and for good cause shown, the

27  ///

28  ///

                                       1
                                            Stipulation and Order to Continue Hearing Date

1    parties hereby stipulate that the hearing on the Motion for Return of Property be

2    continued from November 25, 2013 to December 16, 2013.

3

4    Dated: <u>11/7/13</u>                 BENJAMIN B. WAGNER
                                    United States Attorney

5

6                                 By: <u>/s/ Kevin C. Khasigian</u>
                                  KEVIN C. KHASIGIAN

7                                   Assistant U.S. Attorney

8

9    Dated: <u>11/8/13</u>                 <u>/s/ David M. Michael</u>

10                                   DAVID M. MICHAEL
                                  Attorney for Plaintiffs Nicholas Jason Street,
                                  Nancy Sopeany Pheng Street, and SANSCO

11

12                                 (Authorized by email)

13       **IT IS SO ORDERED.**

14    Dated:  November 8, 2013

15

16

17                               DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

18    Dad1.crim
       12sw320.$60000.11.08.13

19

20

21

22

23

24

25

26

27

28