1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00320-DAD |
|---|---|
| Plaintiff, | *AMENDED* STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| $60,000.00 IN U.S. CURRENCY, | |
| Defendant, | DATE: February 4, 2014<br>TIME: 10:00 A.M.<br>COURTROOM: 27, 8TH Floor |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for December 16, 2013, be continued to February 4, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1  parties hereby stipulate that the hearing on the Motion for Return of Property be
2  continued from December 16, 2013 to February 4, 2014 at 10:00 am before Magistrate
3  Judge Drozd.

5  Dated: 12/3/13                            BENJAMIN B. WAGNER
                                              United States Attorney

7                                         By: /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
8                                             Assistant U.S. Attorney

10 Dated: 12/3/13                            /s/ David M. Michael
                                              DAVID M. MICHAEL
11                                            Attorney for Plaintiffs Nicholas Jason Street,
                                              Nancy Sopeany Pheng Street, and SANSCO

                                              (Authorized by email)

14     **IT IS SO ORDERED.**
15 Dated: December 3, 2013

17 Dad1.crim
   12sw320.$60000.12.03.13

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

2

*Amended* Stipulation and Order
to Continue Hearing Date