1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00320-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| $60,000.00 IN U.S. CURRENCY, | |
| Defendant, | DATE: February 4, 2014<br>TIME: 10:00 A.M.<br>Courtroom: 27, 8th Floor |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for February 4, 2014, be continued to March 6, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

1  parties hereby stipulate that the hearing on the Motion for Return of Property be
2  continued from February 4, 2014 to March 6, 2014 at 2:00 p.m. before Magistrate Judge
3  Claire.

5  Dated: 12/19/13                              BENJAMIN B. WAGNER
                                                United States Attorney

7                                               By: /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
8                                                   Assistant U.S. Attorney

10 Dated: 12/19/13                              /s/ David M. Michael
                                                DAVID M. MICHAEL
11                                              Attorney for Plaintiffs Nicholas Jason Street,
                                                Nancy Sopeany Pheng Street, and SANSCO

                                                (Authorized by email)

14        **IT IS SO ORDERED.**

15 Dated: January 17, 2014

17 Dad1.crim
   12sw0320.12.23.13

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE