1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00320-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| $60,000.00 IN U.S. CURRENCY, | DATE: March 6, 2014 |
| Defendant, | TIME: 2:00 P.M. |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | Courtroom: 26, 8th Floor |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for March 6, 2014, be continued to May 6, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

1 | parties hereby stipulate that the hearing on the Motion for Return of Property be
2 | continued from March 6, 2014 to May 6, 2014 at 2:00 p.m. before Magistrate Judge Claire.

4 | Dated: 2/18/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

9 | Dated: 2/18/14

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

Dated: 2/19/14

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE