1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | 2:12-SW-00320-DAD

12 |         Plaintiff,                 | STIPULATION AND ORDER TO
                                         CONTINUE HEARING DATE FOR
13 |     v.                             | MOTION FOR RETURN OF PROPERTY

14 | $60,000.00 IN U.S. CURRENCY,       |
                                         DATE: July 15, 2014
15 |         Defendant,                 | TIME: 2:00 P.M.
                                         Courtroom: 26, 8th Floor
16 | NICHOLAS JASON STREET,
   | NANCY SOPEANY PHENG STREET,
17 | AND SANSCO DBA EL CAMINO
   | WELLNESS CENTER, A
18 | CALIFORNIA CORPORATION,

19 |         Claimants.

20

21     The United States of America and Nicholas Street, Nancy Sopeany Pheng Street,

22 and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby

23 stipulate, and respectfully request that the Court so order, that the hearing on the Motion

24 for Return of Property, currently set for July 15, 2014, be continued to September 4, 2014,

25 due to ongoing settlement discussions.

26 ///

27 ///

28 ///

                                         1
                                              Stipulation and Order to Continue Hearing Date

1  WHEREFORE, based on the foregoing, and for good cause shown, the parties hereby

2  stipulate that the hearing on the Motion for Return of Property be continued from July 15,

3  2014, be continued to September 4, 2014 at 2:00 p.m. before Magistrate Judge Newman.

4

5  Dated: 5/22/14                         BENJAMIN B. WAGNER
                                          United States Attorney
6

7                                         By: /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
8                                         Assistant U.S. Attorney

9

10 Dated: 5/21/14                         /s/ David M. Michael
                                          DAVID M. MICHAEL
11                                        Attorney for Plaintiffs Nicholas Jason Street,
                                          Nancy Sopeany Pheng Street, and SANSCO
12
                                          (Authorized by email)
13

14     **IT IS SO ORDERED.**

15 Dated:  May 28, 2014

16
                                          _____
17                                        DALE A. DROZD
   Dad1.crim                              UNITED STATES MAGISTRATE JUDGE
18 12sw0320.stipo2.cont

19

20

21

22

23

24

25

26

27

28